KEN BICK
Nevada Bar No. 002357
1005 Terminal Way, Suite 172
Reno, Nevada 89502
Telephone: (775) 323-1213
Fax: (775) 323-8766

Attorney for the Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON BROPHY, KHRISTINA ARMSTEAD and MICHAEL LIGHTFOOT,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>DAY & ZIMMERMANN HAWTHORNE CORPORATION, a Nevada Corporation,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREDJUDICE

The parties to this action, by and through their undersigned counsel, hereby stipulate that this action may be dismissed with prejudice with each party to bear her or

///

///

///

///

///

///

///

///

///

///

1  its own attorney's fees and costs incurred.

2  DATED: This 4th day of May, 2012.

_____
IAN SILVERBERG
Nevada Bar No. 005501
Attorney for the Plaintiffs
227 Clay Street
Reno, Nevada 89501

_____
KEN BICK
Nevada Bar No. 002357
Attorney for the Defendant
1005 Terminal Way, Suite 172
Reno, Nevada 89502

## ORDER

IT IS SO ORDERED.

DATED: This 7th day of May, 2012.

_____
UNITED STATES JUDGE

Law Offices of
KENNETH R. BICK
1005 Terminal Way, suite 172
Reno, Nevada 89502
(775) 323-1213