KEN BICK
Nevada Bar No. 002357
1005 Terminal Way, Suite 172
Reno, Nevada 89502
Telephone: (775) 323-1213
Fax: (775) 323-8766

Attorney for the Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SHANNON BROPHY, KHRISTINA
ARMSTEAD and MICHAEL
LIGHTFOOT,

               Plaintiffs,

vs.

DAY & ZIMMERMANN HAWTHORNE
CORPORATION, a Nevada Corporation,

               Defendants.

**STIPULATION AND ORDER FOR DISMISSAL WITH PREDJUDICE**

The parties to this action, by and through their undersigned counsel, hereby

stipulate that this action may be dismissed with prejudice with each party to bear her or

///

///

///

///

///

///

///

///

///

*Law Offices of*
*KENNETH R. BICK*
*1005 Terminal Way, suite 172*
*Reno, Nevada 89502*
*(775) 323-1213*

its own attorney's fees and costs incurred.

DATED: This _4th_ day of ~~April~~ May, 2012.

IAN SILVERBERG
Nevada Bar No.  005501
Attorney for the Plaintiffs
227 Clay Street
Reno, Nevada  89501

KEN BICK
Nevada Bar No. 002357
Attorney for the Defendant
1005 Terminal Way, Suite 172
Reno, Nevada  89502

## ORDER

IT IS SO ORDERED.

DATED: This 7th day of May, 2012.

UNITED STATES                    JUDGE

Law Offices of
KENNETH R. BICK
1005 Terminal Way, suite 172
Reno, Nevada 89502
(775) 323-1213

2